**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-6395**

―――――――――

DONALD WAYNE PEERY,

Plaintiff - Appellant,

versus

HAROLD PLASTER, Sheriff, Pittsylvania Co.;
GWEN YARBROUGH; EVA REYNOLDS; JOHN DOE,
Psychiatrist, Pittsylvania Co. Mental Health,
Danville, VA; JANE DOE, Intake Officer,
Pittsylvania Co. Mental Health, Danville, VA,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-99-89)

―――――――――

Submitted:  June 17, 1999          Decided:  June 25, 1999

―――――――――

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Donald Wayne Perry, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald W. Peery, a Virginia inmate, appeals the district court's order summarily dismissing his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp. 1999) without prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we dismiss the appeal on the reasoning of the district court. See Peery v. Plaster, No. CA-99-89 (W.D. Va. Mar. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED